No. 91–1483. IDAHO v. DEPARTMENT OF ENERGY ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–1497. JOINER ET AL. v. ROBERTS ET AL.; and
No. 91–1648. ROBERTS ET AL. v. JOINER ET AL. Sup. Ct. Ala. Certiorari denied. Reported below: 590 So. 2d 195.

No. 91–1587. TONEY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 91–1604. WEIDMAN ET AL. v. WEIDMAN. Sup. Ct. Va. Certiorari denied.

No. 91–1608. WINSTON, A MINOR BY HIS PARENTS, WINSTON ET VIR v. CHILDREN AND YOUTH SERVICES OF DELAWARE COUNTY ET AL.; and
No. 91–1669. CHILDREN AND YOUTH SERVICES OF DELAWARE COUNTY ET AL. v. WINSTON ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 948 F. 2d 1380.

No. 91–1609. ANIS v. NEW JERSEY COMMITTEE ON ATTORNEY ADVERTISING ET AL. Sup. Ct. N. J. Certiorari denied.

No. 91–1610. JENNINGS v. JOSHUA INDEPENDENT SCHOOL DISTRICT ET AL.; and
No. 91–1611. GLADDEN v. JOSHUA INDEPENDENT SCHOOL DISTRICT ET AL. C. A. 5th Cir. Certiorari denied. Reported below: 948 F. 2d 194.

No. 91–1612. THOMAS v. HOFFMANN-LAROCHE, INC. C. A. 5th Cir. Certiorari denied.

No. 91–1616. POTTER v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 91–1624. KOLOKOFF ET UX. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–1625. CAIN PARTNERSHIP, LTD. v. PIONEER INVESTMENT SERVICES CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 91–1630. KING v. NCNB TEXAS NATIONAL BANK, SUCCESSOR IN INTEREST TO FIRST REPUBLICBANK DALLAS, ET AL. C. A. 5th Cir. Certiorari denied.